# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
March 25, 2014
Lyle W. Cayce
Clerk

No. 13-10164

D.C. Docket No. 3:06-CV-1732

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff - Appellant

v.

EXXON MOBIL CORPORATION,

    Defendant - Appellee

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 29 2014
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before STEWART, Chief Judge, and GARZA and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAY 19 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
MAY 19 2014

New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 19, 2014

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242



No. 13-10164    EEOC v. Exxon Mobil Corporation  
                    USDC No. 3:06-CV-1732

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits to be returned.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                By: _____  
                                Nancy F. Dolly, Deputy Clerk  
                                504-310-7683

cc w/encl:  
    Ms. Paula Rene' Bruner  
    Mr. Dennis Paul Duffy  
    Mr. Dan Charles Hartsfield  
    Honorable James E. Kinkeade  
    Mr. Thomas Edward O'Brien  
    Mr. Calvin Rod Phelan II  
    Mr. Tony P Rosenstein  
    Mrs. Michelle Shamblin Stratton  
    Mr. Aaron Michael Streett

P.S. to Judge Kinkeade: A copy of the opinion was sent to your office via email the day it was filed.